IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SOUTHEAST ARKANSAS HOSPICE, INC.**                                              **PLAINTIFF**

**v.**                              **Case No. 2:13-cv-00134-KGB**

**SYLVIA BURWELL, SECRETARY,**
**UNITED STATES DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 26th day of March, 2014.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge